# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KIMMELY HARRIS,<br><br>　　　　　Defendant. | Case No.   2:25-mj-00973-DUTY<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 25, 2025, Defendant Kimmely Harris ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:25-mj-00973-DUTY.  The Court appointed Aimee J. Carlisle of the Federal Public Defender's Office to represent Defendant.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that her will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Unverified background;
- No bail resources;
- No family ties to the community;
- Family ties outside of the district;
- History of aliases/multiple identifiers.

D. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that her will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of instant allegations;
- Extensive criminal history, including felony convictions;
- Drug use history.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence

against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: February 25, 2025

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3